UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY MITCHELL NAYLOR,<br><br>Petitioner,<br><br>v.<br><br>BRANDON PRICE,<br><br>Respondent. | 1:20-cv-00438-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner Troy Mitchell Naylor, a state civil detainee, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. The petitioner is challenging his Superior Court of Yuba County conviction and subsequent ruling denying his release. Yuba County is part of the Sacramento Division of the United States District Court for the Eastern District of California. Petitioner is currently incarcerated in Fresno County, which is part of the Fresno Division of this court. Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated. Therefore, both the Sacramento and Fresno divisions have concurrent jurisdiction. *See* § 2241(d). However, because petitioner is attacking the validity of the Yuba County conviction and denial of release, we will transfer this case to the Sacramento division for the ease and convenience of the parties and the court. *See id*.

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the appropriate court may, on the court's own motion, be transferred. Therefore, we will transfer this

1

action to the Sacramento Division.

**Order**

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: March 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 206.